AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) **Case: 1:25-mj-00113** |
| Justin Paul Allred | ) **Assigned To: Judge Harvey, G. Michael** |
| DOB: XXXXXX | ) **Assign. Date: 6/30/2025** |
| | ) **Description: COMPLAINT W/ARREST WARRANT** |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____May 28, 2025_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § § 2252(a)(2) and (b)(1) | (Receipt and Distribution of Child Pornography). |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date:   _____06/30/2025_____

_____
*Judge's signature*

City and state:   _____Washington, D.C._____     G. Michael Harvey, U.S. Magistrate Judge
                                                   *Printed name and title*