UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | No.   25-mj-113 |
| ) | |
| JUSTIN ALLRED ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION TO CONTINUE DETENTION HEARING**

Defendant Justin Allred, with consent of the United States, respectfully requests that his detention hearing, set for July 13, 2025, be continued to August 4, 2025.

Mr. Allred is before the Court pending a detention hearing after the government requested detention under 18 U.S.C. §3142(f)(1).  Mr. Allred's proposed third party custodian has recently withdrawn from consideration.  Moreover, counsel will be out of the jurisdiction for two weeks.  The defense thus requests that the detention hearing be continued until August 4, 2025.  The defense does not oppose exclusion of time under the Speedy Trial Act until August 4, 2025 but notes that the time would be tolled given the pendency of the Motion.  The government consents to the relief sought in this Motion.

**Conclusion**

1

Mr. Allred, with the government's consent, requests that the Court continue the detention hearing until August 4, 2025.

                            Respectfully submitted,

                            A. J. KRAMER
                            FEDERAL PUBLIC DEFENDER

                                /s/
                            _____
                            EUGENE OHM
                            Assistant Federal Public Defender
                            625 Indiana Avenue, N.W., Suite 550
                            Washington, D.C.  20004
                            (202) 208-7500