UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | Case No. 25-mj-113 |
| : | |
| JUSTIN ALLRED,   : | |
| : | |
| Defendant. | |

### ORDER

Based upon the representations in the Consent Motion to Continue Detention Hearing, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled detention hearing on July 14, 2025, be continued to August 4, 2025, at 1:00 p.m.; and it is further

**ORDERED** that the time between July 14, 2025, and August 4, 2025, shall be automatically excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED.**

Date: July 11, 2025

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE